11-60265.ob

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-60265-CIV-MORENO/BROWN

RICHARD B. MAYER,

    Plaintiff,

vs.

WALL STREET EQUITY GROUP, INC.,
a Florida Corporation, et al.,

    Defendants.
_____/

## ORDER RE: MOTION FOR LEAVE TO APPEAR BY TELEPHONE

**THIS MATTER** is before the Court upon Defendants' Motion for Leave...to Appear by Telephone...(D.E. 45). The Court has considered the motion, the response, the reply, and all pertinent materials in the file.

This Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The motion is **DENIED**. This person is a very important witness on the issue before the Court.

2. **The hearing set for September 23, 2011, is continued until Wednesday, October 5, 2011 at 2:00 P.M.**

3. Since plaintiff's counsel opposed the telephonic appearance, defendants may arrange to have the plaintiff appear by video conference if he cannot appear in person. Arrangements for same,

-1-

and expenses are to be bourne by defendants subject to possible taxation later, if appropriate.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19th day of September, 2011.

_____
STEPHEN T. BROWN
CHIEF UNITED STATES MAGISTRATE JUDGE

cc:  Hon. Federico A. Moreno
     Counsel of record