UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIVIL DIVISION

CASE NUMBER 11-CV-60265-FAM

**RICHARD B. MAYER**,

     Plaintiff,

vs.

**WALL STREET EQUITY GROUP, INC.**, a
Florida corporation, and **STEVEN
S. WEST**, individually,

     Defendants.

_____/

## DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

The defendants, Wall Street Equity Group, Inc. and Steven S. West, by and through their undersigned counsel, submit as supplemental authority in suport of their objections to the January 4, 2012 report and recommendation and the January 17, 2012 revised report and recommendation on the motion for fees and expenses of Robert S. Norell, Esq. the case styled *Dionne v. Floormasters Enterprises, Inc.*, No.: 09-15405, 2012 WL 104906 (11th Cir. Jan. 13. 2012), a copy of which is filed contemporaneously herewith.

By: s/A. Margaret Hesford
A. Margaret Hesford
Florida Bar no.: 907936
amhpa@earthlink.net

A. MARGARET HESFORD, P.A.
10950 Stirling Road
Davie, Florida 33328
Telephone: 954-880-0257
Facsimile: 954-252-8516
Attorneys for Defendants
 Wall Street Equity Group, Inc.
 & Steven S. West

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 11-60265-CIV-FAM**


**RICHARD B. MAYER,**

    Plaintiff,

vs.

**WALL STREET EQUITY GROUP, INC.,** a
Florida corporation, and **STEVEN
S. WEST,** individually,

    Defendants.

_____/

**<u>CERTIFICATE OF SERVICE</u>**

    I hereby certify that, on the <u>11th</u> day of <u>February</u>, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.


       <u>s/A. Margaret Hesford</u>

CASE NO.: 11-CV-60265-FAM

**SERVICE LIST**

**Richard B. Mayer versus Wall Street Equity Group, Inc.**
**and Steven S. West**
**CASE NO. 11-60265**
**United States District Court, Southern District of Florida**

Robert S. Norell, Esq.
robnorell@aol.com
ROBERT S. NORELL, P.A.
7350 N.W. 5th Street
Plantation, Florida 33317
Telephone: 954-617-6017
Facsimile: 954-617-6018
Attorneys for Plaintiff
 Richard B. Mayer
Electronic filing