UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 11-60265-CIV-MORENO

RICHARD B. MAYER,

    Plaintiff,

vs.

WALL STREET EQUITY GROUP, INC., a Florida
corporation, and STEVEN S. WEST, an individual,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND OVERRULING DEFENDANTS' OBJECTIONS

THE MATTER was referred to the Honorable Stephen T. Brown, United States Magistrate Judge for a Report and Recommendation on the Plaintiff's Motion for Attorney's Fees **(D.E. No. 22)**, filed on **May 27, 2011**. The Magistrate Judge filed a Revised Report and Recommendation **(D.E. No. 63)** on January 17, 2012. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Stephen T. Brown's Report and Recommendation **(D.E. No. 63)** on **January 17, 2012** is **AFFIRMED** and **ADOPTED**. Accordingly, it is **ADJUDGED** that

    (1) the Plaintiff's Motion for Attorneys Fees **(D.E. No. 22)** is **GRANTED**;

    (2) the Defendant's Motion for Attorney's Fees **(D.E. No. 20)** is **DENIED**;

    (3) the Defendants' objections **(D.E. No. 64)** are **OVERRULED**.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of February, 2012.

                                                                                   _____
                                                                                  FEDERICO A. MORENO
                                                                                   CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Stephen T. Brown
Counsel of Record